IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TERRAN FURNACE,<br><br>    Plaintiff,<br><br>  v.<br><br>SGT. K KNUCKLES, et al.,<br><br>    Defendants.<br>_____ | No. C 09-6075 MMC (PR)<br><br>**ORDER REQUIRING COUNSEL FOR DEFENDANTS TO PROVIDE LOCATION INFORMATION FOR UNSERVED DEFENDANT** |

On December 30, 2009, plaintiff, a California prisoner incarcerated at Corcoran State Prison and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983. In its order of August 29, 2011, the Court noted that two defendants, L. Warren and M. Evans, had not been served.

Because the original summons issued for L. Warren had not been returned as either executed or unexecuted, the Court directed the Clerk to reissue summons for L. Warren, and said defendant thereafter appeared in the action.

Because the original summons issued for M. Evans was returned unexecuted with the notation that he had retired, the Court informed plaintiff that he was required to either effectuate service himself or provide the Court with an accurate current location at which M. Evans could be served by the Marshal. Plaintiff reports that he has no means of locating M. Evans and that M. Evans was employed at the location originally provided at the time plaintiff filed his complaint herein.

1  Good cause appearing, and in the interest of expediting the progress of the instant
2 action, the Court hereby directs defendants' counsel to provide the Court, under seal, and
3 within **thirty (30)** days of the date this order is filed, with the most recent address on file
4 with the California Department of Corrections and Rehabilitation for defendant M. Evans.
5 Upon receipt of such information, the Court will order the Marshal to serve M. Evans at such
6 address.

7  IT IS SO ORDERED.

8 DATED: October 12, 2011

9  MAXINE M. CHESNEY
   United States District Judge