IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TERRAN FURNACE,<br><br>    Plaintiff,<br><br>  v.<br><br>SGT. K KNUCKLES, et al.,<br><br>    Defendants.<br>_____ | No. C 09-6075 MMC (PR)<br><br>**ORDER OF SERVICE ON**<br>**DEFENDANT M. EVANS** |

On December 30, 2009, plaintiff, a California prisoner incarcerated at Corcoran State Prison and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983. In its order of October 12, 2011, the Court noted that defendant M. Evans ("Evans") had not been served and requested that counsel for the appearing defendants provide a current address for Evans in order that the Marshal could serve Evans at such address. Counsel has since informed the Court that the Litigation Office at Folsom State Prison has authority to accept service on behalf of Evans.

Accordingly, the Clerk shall re-issue summons and the United States Marshal shall, without prepayment of fees, serve said summons, along with a copy of the Second Amended Complaint (Docket No. 10), a copy of the Court's January 27, 2011 Order of Service (Docket No. 20), and a copy of this order, upon defendant Evans at the following address:

M. Evans
Folsom State Prison
Litigation Office
P.O. Box 71
Represa, CA 95617

IT IS SO ORDERED.

DATED: November 9, 2011

_____
MAXINE M. CHESNEY
United States District Judge