IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TERRAN FURNACE,<br><br>    Plaintiff,<br><br>  v.<br><br>SGT. K KNUCKLES, et al.,<br><br>    Defendants.<br>_____ | No. C 09-6075 MMC (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(Docket No. 97)** |

GOOD CAUSE APPEARING, plaintiff's request for an extension of time to file an opposition to defendants' motion for summary judgment is hereby GRANTED. Plaintiff shall file his opposition on or before March 20, 2012. Defendant <u>shall</u> file a reply within **fifteen (15)** days of the date the opposition is filed.

This order terminates Docket No. 97.

IT IS SO ORDERED.

DATED: November 30, 2011

_____
MAXINE M. CHESNEY
United States District Judge