United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD TERRAN FURNACE,

Plaintiff,

v.

SGT. K KNUCKLES, et al.,

Defendants.

No. C 09-6075 MMC (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**(Docket No. 129)**

On December 30, 2009, plaintiff, a California prisoner incarcerated at Corcoran State Prison ("CSP") and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983. On April 26, 2011, defendants filed a motion to dismiss and for summary judgment (hereafter, "motion for summary judgment").

Now before the Court is plaintiff's motion "for denial or continuance of summary judgment," wherein plaintiff states he has several discovery motions pending in this action, and needs additional time to conduct discovery before responding to the motion for summary judgment.

The Court construes plaintiff's motion as a motion for an extension of time to file opposition to defendants' motion for summary judgment. So construed, and good cause appearing, the motion is hereby GRANTED. The Court will issue a schedule for the filing of

United States District Court
For the Northern District of California

plaintiff's opposition and defendants' reply after the pending discovery motions have been resolved.

This order terminates Docket No. 129.

IT IS SO ORDERED.

DATED: February 24, 2012

MAXINE M. CHESNEY
United States District Judge