IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TERRAN FURNACE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>K KNUCKLES, et al.,<br><br>　　　　Defendants./ | No. C -09-06075 MMC (EDL)<br><br>**ORDER RE: PLAINTIFF'S EX PARTE COMMUNICATION WITH THE COURT** |

　　　On August 17, 2012, the Court received an Ex Parte Communication with the Court from Plaintiff that is dated August 12, 2012. Plaintiff is cautioned that ex parte communications with the Court are improper, and that he must serve Defendants with all documents that he sends for filing to the Court. The Court will electronically file this letter. The Court cannot give Plaintiff any legal advice. However, the Court encloses the Northern District of California's Pro Se Handbook for Plaintiff's reference.

　　　IT IS SO ORDERED.

Dated: August 20, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Elizabeth D. Laporte*
　　　　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge