IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD T. FURNACE,

    Plaintiff,

  v.

K. KNUCKLES, et al.,

    Defendants
                                   /

No. C 09-6075 MMC (PR)

**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE LAPORTE'S AUGUST 3, 2012 ORDER**

      Before the Court is defendants' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge ("Objections"), filed August 16, 2012, by which defendants object to Magistrate Judge Elizabeth D. Laporte's order of August 3, 2012, to the extent such order directs defendants to produce to plaintiff a video-recorded interview of non-party inmate Timothy Jones and audio-recorded interviews with correctional officers.

      Defendants' Objections are based on evidence not previously submitted to Magistrate Judge Laporte, specifically, (1) a declaration of Joseph Rosa, (2) an exhibit filed in connection with defendants' motion for summary judgment, and (3) a civil rights case filed by Timothy Jones pending before another judge. As a consequence, defendants' Objections are, in essence, a motion for reconsideration based on newly-offered evidence.

      Accordingly, defendants' Objections are hereby DENIED, without prejudice to defendants' filing a motion for leave to file a motion for reconsideration, to be presented to

Magistrate Judge Laporte. <u>See</u> Civil L.R. 7-9(b)(2).

**IT IS SO ORDERED**.

Dated: August 24, 2012

                                     MAXINE M. CHESNEY
                                     United States District Judge