UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EDWARD TERRAN FURNACE,<br><br>      Plaintiff,<br>  v.<br><br>K. NUCKLES, et al.,<br><br>      Defendants.<br>_____/ | No. 3:09-CV-06075 MMC (NJV)<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of EDWARD TERRAN FURNACE, inmate no. H33245, presently in custody at Corcoran State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: July 8, 2013

                                      NANDOR J. VADAS
                                      United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Connie Gipson, Warden, Corcoran State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of EDWARD TERRAN FURNACE, inmate no. H33245, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 1:00 p.m. on August 14, 2013, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of FURNACE v. NUCKLES, et

**United States District Court**
For the Northern District of California

1 al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, 2 or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody 3 of said prisoner, and further to produce said prisoner at all times necessary until the termination of the 4 proceedings for which his testimony is required in this Court;

5 Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court 6 for the Northern District of California.

8 Dated: July 8, 2013

9 RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

11 By: Linn Van Meter
Administrative Law Clerk

15 Dated: July 8, 2013 _____
NANDOR J. VADAS
United States Magistrate Judge



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

EDWARD TERRAN FURNACE,

    Plaintiff,

    v.

K. NUCKLES, et al.,

    Defendants.
_____/

No. 3:09-CV-06075 MMC (NJV)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 8, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Edward Terran Furnace
H-33245
Corcoran State Prison-Shu-140
P.O. Box 3481
Corcoran, CA 93212-3481

Litigation Coordinator Mary Kimbrell
Corcoran State Prison
P.O. Box 8800
Corcoran, CA 93212-8800

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas