DANIEL H. BOOKIN (S.B. #78996)
dbookin@omm.com
PATRICK T. HEIN (S.B. #254431)
phein@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701
*Attorneys for Plaintiff*
*Edward Terran Furnace*


KAMALA D. HARRIS
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
MICHAEL JAMES QUINN
State Bar No. 209542
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94012-7004
Telephone:   (415) 703-5726
Facsimile:    (415) 703-5843
Email:  michael.quinn@doj.ca.gov
*Attorneys for Defendants Butt, Mora, Sensel,*
*Rasley, Medina, Ponce, Delaney, Atchley, Celaya,*
*Nuckles, Mojica, J.J. Rodriguez, Ponder, Kircher,*
*Bittner, J. Rodriguez, Neotti, Hubbard, and Lipps*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD TERRAN FURNACE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. NUCKLES, et al.,<br><br>　　　　　Defendants. | Case No. C 09-6075 MMC (NJV)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING DEADLINE FOR**<br>**SETTLEMENT PROCEEDINGS**<br><br>Judge:  Hon. Maxine M. Chesney<br><br>Action Filed:  December 30, 2009 |

1       THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE
2   AS FOLLOWS:
3       WHEREAS, on May 10, 2013, Judge Maxine M. Chesney referred this case to Magistrate
4   Judge Nandor J. Vadas for settlement proceedings, and filed an order stating that such
5   proceedings "shall take place within 120 days of the date this order is filed, or as soon thereafter
6   as Magistrate Judge Vadas's calendar will permit" (Docket No. 189);
7       WHEREAS, on July 8, 2013, Magistrate Judge Vadas scheduled a settlement conference
8   in this case for August 14, 2013 (Docket No. 191);
9       WHEREAS, on July 17, 2013, then *pro se* Plaintiff Edward Terran Furnace ("Plaintiff")
10  retained counsel O'Melveny & Myers LLP ("O'Melveny") to represent him in this case;
11      WHEREAS, given Plaintiff's recent engagement of O'Melveny, O'Melveny requests
12  additional time in order to prepare for and meaningfully participate in the settlement conference;
13      WHEREAS, Defendants have stipulated to O'Melveny's request to continue the
14  settlement conference;
15      WHEREAS, the parties have filed a joint stipulation requesting Magistrate Judge Vadas to
16  continue the settlement conference to a date to be determined in October 2013;
17      NOW THEREFORE, the parties respectfully request that Judge Chesney extend the date
18  by which settlement proceedings shall take place to October 31, 2013, so that Magistrate Judge
19  Vadas may continue the settlement conference to a date to be determined in October 2013.
20      IT IS SO STIPULATED.
21
22  DATED: July 23, 2013                    By:  */s/ Daniel H. Bookin*
23                                                Daniel H. Bookin
24                                           O'MELVENY & MYERS LLP
                                             *Attorneys for Plaintiff*
25                                           *Edward Terran Furnace*

| | |
|---|---|
| DATED: July 23, 2013 | By: */s/ Michael James Quinn*<br>　　　Michael James Quinn<br><br>STATE OF CALIFORNIA, OFFICE OF THE ATTORNEY GENERAL<br>*Attorneys for Defendants Butt, Mora, Sensel, Rasley, Medina, Ponce, Delaney, Atchley, Celaya, Nuckles, Mojica, J.J. Rodriguez, Ponder, Kircher, Bittner, J. Rodriguez, Neotti, Hubbard, and Lipps* |

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I, Daniel H. Bookin, hereby attest that concurrence in the filing of this document has been obtained from Michael James Quinn.

Dated: July 23, 2013  By: */s/ Daniel H. Bookin*
                          Daniel H. Bookin

**[PROPOSED] ORDER**

The date by which settlement proceedings shall take place is extended to October 31, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: ___July 24, 2013___         _____
                                                           Hon. Maxine M. Chesney
                                                           United States District Judge