UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EDWARD TERRAN FURNACE, | No. 3:09-CV-06075 MMC (NJV) |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| K. NUCKLES, et al., | |
| Defendants. | |

On July 8, 2013, the court issued a Writ of Habeas Corpus Ad Testificandum for the person of Plaintiff Edward Terran Furnace, inmate no. H33245, for the attendance of Plaintiff Furnace at a settlement conference set for August 14, 2013. (Doc. 192.) On July 25, 2013, the court issued an order continuing the settlement conference. (Doc. 197.) Accordingly, the Writ of Habeas Corpus Ad Testificandum issued on July 8, 2013, is HEREBY VACATED and Plaintiff Furnace shall not be transported.

Dated: July 25, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EDWARD TERRAN FURNACE, | No. 3:09-CV-06075 MMC (NJV) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| K. NUCKLES, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on July 25, 2013, I SERVED a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Litigation Coordinator Mary Kimbrell
Corcoran State Prison
P.O. Box 8800
Corcoran, CA 93212-8800

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2