UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EDWARD TERRAN FURNACE,<br><br>    Plaintiff,<br><br>  v.<br><br>K. NUCKLES, et al,<br><br>    Defendants.<br>_____/ | No. 3:09-CV-06075 MMC (NJV)<br><br>ORDER RESETTING TIME OF SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that the settlement conference scheduled in this case for 10:00 a.m. on November 8, 2013, is RESET for 1:00 pm on the same day. All other details regarding the settlement conference remain unchanged.

IT IS SO ORDERED.

Dated: September 5, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge