UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TERRAN FURNACE,<br><br>    Plaintiff,<br><br>  v.<br><br>K. NUCKLES, et al.,<br><br>    Defendants. | Case No. 09-cv-06075-MMC  (NJV)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

    A settlement conference was held on November 8, 2013 in San Francisco, and the results of that proceeding are indicated below:

    (1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

      (X ) Plaintiff appeared by phone, and Plaintiff's attorney, Daniel Bookin appeared in person.

      ( ) Warden or warden's representative

      (X) Office of the California Attorney General, Michael Quinn appeared in person.

      ( ) Other:

    (2) The following individuals, parties, and/or representatives did not appear:

_____

    (3) The outcome of the proceeding was:

      ( ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

      ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet

1  attached remain for this Court to resolve.

2  (X)  The parties are unable to reach an agreement at this time. A further settlement conference is scheduled for January 24, 2014 at 1:00 pm. Parties shall contact Judge Vadas' courtroom deputy for a courtroom assignment. Plaintiff shall appear by phone, and Plaintiff's counsel shall provide the following number to Plaintiff's institution for the phone appearance: (888) 684-8852 Access Code 1868782.

**IT IS SO ORDERED.**

Dated: 11/13/13

_____
NANDOR J. VADAS
United States Magistrate Judge