1
2
3
4                      UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7    EDWARD TERRAN FURNACE,                Case No.  09-cv-06075-MMC   (NJV)
              Plaintiff,
8
         v.                               **REPORT OF PRO SE PRISONER**
9                                         **EARLY SETTLEMENT PROCEEDING**
10   K. NUCKLES, et al.,
              Defendants.
11
12
13        A settlement conference was held on March 12, 2014 in Courtroom D, San Francisco, and
14   the results of that proceeding are indicated below:
15        (1)  The following individuals, parties, and/or representatives participated in the
16             proceeding, and each possessed the requisite settlement authority:
17             (X )  Plaintiff's counsel Ian Kanig, Sara Trela, Patrick Hein and Daniel H. Bookin.
18             ( )  Warden or warden's representative
19             (X )  Office of the California Attorney General, Michael J. Quinn and Marisa Yee
20             Kirschenbauer.
21             ( X)  Other: CDCR Staff Counsel, Patricia J. Lee.
22        (2) The following individuals, parties, and/or representatives did not appear:
23        _____
24        (3)  The outcome of the proceeding was:
25             ( )  The case has been completely settled.  The parties agree that a proposed stipulated
26   order for dismissal of this case will be filed with the Court on _____.
27             ( )  The case has been partially resolved and counsel for defendants shall file a joint
28   stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

United States District Court
Northern District of California

1   attached remain for this Court to resolve.

2          (X)  The parties are unable to reach an agreement at this time.  A telephonic status

3   conference is scheduled for July 22, 2014 at 1:00 p.m. at which time the setting of a further

4   settlement conference will be discussed.  Parties should dial 888.684.8852 and enter access

5   code 1868782 to make their appearances.

6          **IT IS SO ORDERED.**

7   Dated: March 21, 2014

8                                                                    _____

9                                                                    NANDOR J. VADAS
                                                                      United States Magistrate Judge

United States District Court
Northern District of California

2