DANIEL H. BOOKIN (S.B. #78996)
dbookin@omm.com
KATHERINE L. WAWRZYNIAK (S.B. #252751)
kwawrzyniak@omm.com
IAN A. KANIG (S.B. #295623)
ikanig@omm.com
SARAH H. TRELA (S.B. #293089)
strela@omm.com
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Plaintiff
Edward T. Furnace

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| Edward T. Furnace,<br><br>                   Plaintiff,<br><br>       v.<br><br>K. Nuckles et al.,<br><br>                   Defendants. | Case No. C 09-6075 MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY STAY FOR THE LIMITED PURPOSES OF RESOLVING DISCOVERY DISPUTES**<br><br>Judge: Hon. Maxine M. Chesney<br><br>Date of Filing:  December 30, 2009<br>Trial Date: None |

   Plaintiff Edward T. Furnace ("Plaintiff") and Defendants K. Nuckles, J.J. Rodriguez, W. Rasley, D. Bittner, J. Celaya, J. Rodriguez, A. Butt, R. Lipps, M. Kircher, J. Sensel, M. Atchley, J. Mora, O. Ponce, and J. Delaney (collectively, "Defendants"), by and through their respective counsel of record, do hereby stipulate and agree to the filing of this Joint Stipulation and [Proposed] Order Modifying the Stay for the Limited Purpose of Resolving Discovery Disputes under Local Rule 7-12.

   WHEREAS, Plaintiff Edward Furnace ("Plaintiff") filed his Complaint in the above-entitled action on December 30, 2009;

1  WHEREAS, on May 10, 2013, in connection with its summary judgment ruling, this
2  Court referred the case to Magistrate Judge Vadas for settlement talks and entered a stay of
3  further proceedings;
4  WHEREAS, the parties participated in settlement conferences in November 2013 and
5  March 2014, but the case did not settle;
6  WHEREAS, in November 2013, Judge Vadas authorized limited discovery in order to
7  enable parties to better evaluate the strength of their cases;
8  WHEREAS, between December 2013 and April 2014, Plaintiff served certain defendants
9  and the California Department of Corrections and Rehabilitation ("CDCR") with discovery
10 requests;
11 WHEREAS, the parties have met and conferred telephonically multiple times to discuss
12 defendants' and CDCR's discovery responses without reaching a resolution;
13 WHEREAS, both parties have agreed to modify the current stay to allow Mr. Furnace to
14 file a Motion to Compel in order to resolve the discovery disputes.
15 THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
16 Parties, through their respective undersigned counsel of record, to modify the current stay to
17 allow Mr. Furnace to file a motion to compel to resolve discovery disputes.
18 IT IS SO STIPULATED.

Dated: September 16, 2014

KATHERINE L. WAWRZYNIAK
O'MELVENY & MYERS LLP

By:  /s/ Katherine L. Wawrzyniak
     Katherine L. Wawrzyniak
     *Attorney for Plaintiff*
     *Edward T. Furnace*

1  Dated: September 16, 2014

                                          KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General


By: /s/ Michael J. Quinn
    Michael J. Quinn
    Deputy Attorney General
    *Attorneys for Defendants*

**ATTESTATION OF FILING**

Pursuant to L.R. 5-1(i)(3), I, Katherine L. Wawrzyniak, hereby attest that concurrence in the filing of this Joint Stipulation and [Proposed] Order Modifying the Stay for the Limited Purpose of Resolving Discovery Disputes under L.R. 7-12 has been obtained from Defendant's counsel, Michael Quinn.

Dated: September 16, 2014

KATHERINE L. WAWRZYNIAK
O'MELVENY & MYERS LLP

By:   /s/ Katherine L. Wawrzyniak
        Katherine L. Wawrzyniak

Attorney for Plaintiff
Edward T. Furnace

# [PROPOSED] ORDER

The Court, having considered the Joint Stipulation and [Proposed] Order to Modify the Stay for the Limited Purpose of Resolving Discovery Disputes submitted by the parties, and good cause appearing:

1. The Stipulation is approved;
2. The Stay is modified to allow Plaintiff to file a Motion to Compel.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 17, 2014

By: *Maxine M. Chesney*
Hon. Maxine M. Chesney
District Court Judge