DANIEL H. BOOKIN (S.B. #78996)
dbookin@omm.com
KATHERINE L. WAWRZYNIAK (S.B. #252751)
kwawrzyniak@omm.com
IAN A. KANIG (S.B. #295623)
ikanig@omm.com
SARAH H. TRELA (S.B. #293089)
strela@omm.com
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Plaintiff
Edward T. Furnace

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| Edward T. Furnace,<br><br>           Plaintiff,<br><br>   v.<br><br>K. Nuckles et al.,<br><br>           Defendants. | Case No. C 09-6075 MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE SETTLEMENT CONFERENCE SET FOR OCTOBER 17, 2014**<br><br>Judge: Hon. Maxine M. Chesney<br><br>Date of Filing:  December 30, 2009<br>Trial Date: None |

Plaintiff Edward T. Furnace ("Plaintiff") and Defendants K. Nuckles, J.J. Rodriguez, W. Rasley, D. Bittner, J. Celaya, J. Rodriguez, A. Butt, R. Lipps, M. Kircher, J. Sensel, M. Atchley, J. Mora, O. Ponce, and J. Delaney (collectively, "Defendants"), by and through their respective counsel of record, do hereby stipulate and agree, under Local Rule 7-12, to the filing of this Joint Stipulation and [Proposed] Order Continuing the Settlement Conference Set for October 17, 2014.

1   WHEREAS, on May 10, 2013, in connection with its summary judgment ruling, this
2   Court referred the case to Magistrate Judge Vadas for settlement talks and entered a stay of
3   further proceedings;

4   WHEREAS, the parties participated in settlement conferences in November 2013 and
5   March 2014, but the case did not settle;

6   WHEREAS, at a status conference on July 22, 2014, Judge Vadas set a further settlement
7   conference for October 17, 2014 at 1:00 p.m.;

8   WHEREAS, on September 17, 2014, pursuant to a stipulation between the parties, the
9   Court modified the stay to allow Plaintiff Edward T. Furnace to file a motion to compel to resolve
10  discovery disputes;

11  WHEREAS, on September 30, 2014, Mr. Furnace filed a Motion to Compel Compliance
12  with Subpoena to the California Department of Corrections and Rehabilitation and noticed the
13  motion for hearing on November 18, 2014 at 9:00 a.m. before Magistrate Judge Laporte; and

14  WHEREAS, the parties agree that further settlement discussions will not be productive
15  until the Court rules on the Motion to Compel.

16  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
17  Parties, through their respective undersigned counsel of record, to continue the further settlement
18  conference currently set for October 17, 2014 to a date after December 18, 2014.

19  IT IS SO STIPULATED.

Dated: October 6, 2014                        KATHERINE L. WAWRZYNIAK
                                              O'MELVENY & MYERS LLP


                                              By:    /s/ Katherine L. Wawrzyniak
                                                     Katherine L. Wawrzyniak
                                                     *Attorney for Plaintiff*
                                                     *Edward T. Furnace*

- 2 -                        JOINT STIP. & [PROPOSED] ORDER
                             CONTINUING FURTHER SETTLEMENT
                             CONFERENCE C 09-6075 MMC

| | | |
|---|---|---|
| 1 | Dated: October 6, 2014 | KAMALA D. HARRIS<br>Attorney General of California<br>MARISA Y. KIRSCHENBAUER<br>Supervising Deputy Attorney General |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ Michael J. Quinn |
| 6 | | Michael J. Quinn<br>Deputy Attorney General<br>*Attorneys for Defendants* |

- 3 -

JOINT STIP. & [PROPOSED] ORDER
CONTINUING FURTHER SETTLEMENT
CONFERENCE C 09-6075 MMC

## **ATTESTATION OF FILING**

Pursuant to L.R. 5-1(i)(3), I, Katherine L. Wawrzyniak, hereby attest that concurrence in the filing of this Joint Stipulation and [Proposed] Order Modifying the Stay for the Limited Purpose of Resolving Discovery Disputes under L.R. 7-12 has been obtained from Defendant's counsel, Michael Quinn.

Dated: October 6, 2014

KATHERINE L. WAWRZYNIAK
O'MELVENY & MYERS LLP

By: /s/ Katherine L. Wawrzyniak
        Katherine L. Wawrzyniak

Attorney for Plaintiff
Edward T. Furnace

- 4 -

JOINT STIP. & [PROPOSED] ORDER
CONTINUING FURTHER SETTLEMENT
CONFERENCE C 09-6075 MMC

**[PROPOSED] ORDER**

The Court, having considered the Joint Stipulation and [Proposed] Order Continuing the Settlement Conference Set for October 17, 2014, submitted by the parties, and good cause appearing:

1. The Stipulation is approved;

2. The parties are hereby DIRECTED to contact Judge Vadas to request a specific date for the further settlement conference.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October _7_, 2014

By: _____
Hon. Maxine M. Chesney
District Court Judge