AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

EDWARD TERRAN FURNACE

                Plaintiff (s),

V.

K. KNUCKLES, et al.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:09-cv-06075-MMC

Notice is hereby given that, subject to approval by the court, __K. NUCKLES__ substitutes
                                                                              (Party (s) Name)

__Susan E. Coleman__, State Bar No. __171832__ as counsel of record in
(Name of New Attorney)

place of __Michael James Quinn, Deputy Attorney General.__
                                  (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

     Firm Name:       Burke, Williams & Sorensen, LLP
     Address:           444 South Flower Street, Suite 2400, Los Angeles, CA 90071
     Telephone:       (213) 236-0600              Facsimile (213) 236-2700
     E-Mail (Optional): scoleman@bwslaw.com

I consent to the above substitution.

Date:     October 28, 2014

K. Nuckles
_(signature)_
(Signature of Party (s))

I consent to being substituted.

Date:     October 28, 2014

Office of the Attorney General
/s/ Michael James Quinn
(Signature of Former Attorney (s))
Michael James Quinn, Deputy Attorney General

I consent to the above substitution.
Date:     October 28, 2014

/s/ Susan E. Coleman
(Signature of New Attorney)
Susan E. Coleman

The substitution of attorney is hereby approved and so ORDERED.

Date:     October 28, 2014

_Maxine M. Chesney_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

LA #4844-8891-1904 v1

American LegalNet, Inc.
www.FormsWorkflow.com