# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

EDWARD TERRAN FURNACE

                              Plaintiff (s),

V.

K. NUCKLES, et al.

                              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:09-cv-06075-MMC

Notice is hereby given that, subject to approval by the court, **J. J. RODRIGUEZ** substitutes
                                                                                            (Party (s) Name)

**Susan E. Coleman**, State Bar No. **171832** as counsel of record in
(Name of New Attorney)

place of **Michael James Quinn, Deputy Attorney General.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Burke, Williams & Sorensen, LLP

    Address:     444 South Flower Street, Suite 2400, Los Angeles, CA 90071

    Telephone:     (213) 236-0600     Facsimile (213) 236-2700

    E-Mail (Optional):     scoleman@bwslaw.com

I consent to the above substitution.

Date:     October 29, 2014

I consent to being substituted.

Date:     October 30, 2014

I consent to the above substitution.
Date:     October 30, 2014

J. J. Rodriguez

(Signature of Party (s))

Office of the Attorney General
/s/ Michael James Quinn
(Signature of Former Attorney (s))
Michael James Quinn, Deputy Attorney General

/s/ Susan E. Coleman
(Signature of New Attorney)
Susan E. Coleman

The substitution of attorney is hereby approved and so ORDERED.

Date:     October 30, 2014

                                                                                            Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

LA #4850-5940-2784 v1

American LegalNet, Inc.
www.FormsWorkflow.com