McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISCIRT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11
12
13

| EDWARD TERRAN FURNACE, | Case No. C 09-6075-MMC (PR) |
|---|---|

14

Plaintiff,

GRANTING
ORDER ~~FOR~~ REQUEST FOR APPROVAL
OF SUBSTITUTION OF ATTORNEY FOR

15

vs.

DEFENDANTS W. RASLEY, D. BITTNER,
J. CELAYA, ~~J. RODRIGUEZ~~, A BUTT, ~~R.~~

16

K. KNUCKLES, et al.,

~~LIPPS~~, M. KIRCHER, J. SENSEL, M.
ATCHLEY, J. MORA, O. PONCE AND J.

17

Defendant.

DELANEY

18
19
20        Defendants W. Rasley, D. Bittner, J. Celaya, ~~J. Rodriguez~~, A. Butt, ~~R. Lipps~~, M. Kircher,

21   J. Sensel, M. Atchley, J. Mora, O. Ponce and J. Delaney having filed a Request for court approval

22   of substitution of attorney, seek to substitute their current counsel Michael Quinn, Deputy

23   Attorney General, of the State of California Attorney General, with Peter J. Hirsig, of the law

24   offices of McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP, as attorney of record.

25   ///

26   ///

27   ///

28   ///

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

1    For good cause shown, IT IS HEREBY ORDRED that hereinafter, Peter J. Hirsig, Esq., of

2  McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP, will serve as counsel of record for

3  defendants W. Rasley, D. Bittner, J. Celaya, ~~J. Rodriguez,~~ A. Butt, ~~R. Lipps,~~ M. Kircher, J.

4  Sensel, M. Atchley, J. Mora, O. Ponce and J. Delaney in this action.[1]

5

6        IT IS SO ORDERED.

7  Dated:   November 14, 2014



MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

[1] Defendants J. Rodriguez and R. Lipps have not signed the Request for Approval.