McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

| | |
|---|---|
| EDWARD TERRAN FURNACE,<br><br>Plaintiff,<br><br>vs.<br><br>K. KNUCKLES-SGT.; W. RASLEY-CIO; D. BITTNER-CIO; M. ATEHLEY-SGT., J. RODRIGUEZ-CIO; J.J. RODRIGUEZ-CIO; R. MOJICA-LT.; J. MORA-CIO; M. KIRCHER-SGT.; D. PONCE-CIO; A. BUTT-LVN; R. LIPPS-LVN; J. SENSEL-SGT.; G. POWDER-CAPTAIN; E. MEDINA-CCII; J. DELANEY-CCI; M. EVANS-WARDEN; G.A. NEOTTI-CDW; S. HUBBARD-DIRECTOR OF CORRECTIONS; L. WARREN-APPEALS EXAMINER; J. CELAYA-LT., SUED INDIVIDUALLY AND IN THIER OFFICIAL CAPACITIES,<br><br>Defendant. | Case No. 3:09-CV-06075-MMC<br><br>**ORDER FOR REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY FOR DEFENDANT J. RODRIGUEZ** |

Defendant J. Rodriquez, having filed a Request for court approval of substitution of attorney, seeks to substitute his current counsel Michael Quinn, Deputy Attorney General, of the State of California Attorney General, with Peter J. Hirsig, of the law offices of McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP, as attorney of record.

///

///

///

///

ORDER FOR REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY FOR
DEFENDANT J. RODRIGUEZ

1  For good cause show, IT IS HEREBY ORDERED that hereinafter, Peter J. Hirsig, Esq.,
2  of McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP will serve as counsel of record for
3  defendant J. Rodriguez.
4  IT IS SO ORDERED.
5  Dated:    November 18, 2014

*signature*

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

ORDER FOR REQUEST FOR APPROVAL OF   2
SUBSTITUTION OF ATTORNEY FOR
DEFNEANT J. RODRI