McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISCIRT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD TERRAN FURNACE,<br><br>Plaintiff,<br><br>vs.<br><br>K. KNUCKLES, et al.,<br><br>Defendant. | Case No. C 09-6075-MMC (PR)<br><br>**ORDER FOR REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY FOR DEFENDANTS R. LIPPS** |

Defendant R. Lipps having filed a Request for court approval of substitution of attorney, seeks to substitute his current counsel Michael Quinn, Deputy Attorney General, of the State of California with Peter J. Hirsig, of the law offices of McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP, as attorney of record.

For good cause shown, IT IS HEREBY ORDRED that hereinafter, Peter J. Hirsig, Esq., of McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP, will serve as counsel of record for defendant R. Lipps in this action.

IT IS SO ORDERED.

Dated:   December 15, 2014

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE