DANIEL H. BOOKIN (S.B. #78996)
dbookin@omm.com
KATHERINE L. WAWRZYNIAK (S.B. #252751)
kwawrzyniak@omm.com
IAN A. KANIG (S.B. #295623)
ikanig@omm.com
SARAH H. TRELA (S.B. #293089)
strela@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

*Attorneys for Plaintiff*
*Edward T. Furnace*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD T. FURNACE,<br><br>             Plaintiff,<br><br>      v.<br><br>K. NUCKLES, et al.,<br><br>             Defendants. | Case No. C 09-6075 MMC (EDL)<br><br>**[PROPOSED] ORDER ALLOWING PLAINTIFF TO PARTICIPATE IN DEPOSITION BY TELEPHONE**<br><br>Date: None set<br>Time: None set<br>Location: Courtroom E, 15th Floor<br>Magistrate: Hon. Elizabeth D. Laporte<br><br>Initial Complaint Filed: December 30, 2009<br><br>Operative Complaint Filed: July 10, 2010 |

### [PROPOSED] ORDER

Having read and considered Plaintiff Edward T. Furnace's Motion for Court Order Allowing Plaintiff to Participate in Deposition By Telephone, the supporting papers, all other matters properly presented to the Court, and good cause having otherwise been shown, the Court finds that Mr. Furnace's Motion is hereby GRANTED.

IT IS HEREBY ORDERED that Kern Valley State Prison shall allow Plaintiff Edward T. Furnace to attend the deposition of Rafael Anderson via telephone on January 21, 2015, beginning promptly at 10:00 am Pacific Time through the termination of the examination.

**IT IS SO ORDERED.**

Dated: __January 15, 2015__, ~~2014~~

_____
The Hon. Elizabeth D. Laporte
United States District Court Magistrate Judge

[PROPOSED] ORDER ALLOWING PLT. TO PARTICIPATE IN DEPO. BY PHONE
NO. C 09-6075 MMC (EDL)