1  DANIEL H. BOOKIN (S.B. #78996)
   dbookin@omm.com
2  KATHERINE L. WAWRZYNIAK (S.B. #252751)
   kwawrzyniak@omm.com
3  IAN A. KANIG (S.B. #295623)
   ikanig@omm.com
4  SARAH H. TRELA (S.B. #293089)
   strela@omm.com
5  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
6  San Francisco, CA 94111
   Telephone:   (415) 984-8700
7  Facsimile:   (415) 984-8701

8  *Attorneys for Plaintiff*
   *Edward T. Furnace*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EDWARD T. FURNACE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. NUCKLES, et al.,<br><br>　　　　　Defendants. | Case No. C 09-6075 MMC (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE STIPULATION/PROPOSED ORDER RESOLVING PLAINTIFF'S PENDING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**<br><br>**Pursuant to L.R. 6-1(b), 6-2(a), and 7-12.**<br><br>Magistrate:  Hon. Elizabeth D. Laporte<br><br>Initial Complaint Filed:  December 30, 2009<br>Operative Complaint Filed:  July 10, 2010 |

**STIPULATION TO ENLARGE TIME TO FILE STIPULATION/PROPOSED ORDER RESOLVING PLAINTIFF'S PENDING MOTION TO COMPEL**

Plaintiff's Motion to Compel Compliance with Subpoena to the California Department of Corrections and Rehabilitation ("Motion") is currently pending. Plaintiff's and the California Department of Corrections and Rehabilitation's ("CDCR") current deadline to file a stipulation or proposed order resolving Plaintiff's Motion is Friday, March 20, 2015. *See* Docket No. 268.

CDCR and Plaintiff have agreed to stipulate to change the deadline for the joint filing from March 20, 2015 to March 27, 2015. The extra week will accommodate CDCR's counsel's schedule, give Plaintiff's counsel additional time to review and analyze CDCR's February 23, 2015 production, and enable Plaintiff and CDCR to continue to meet and confer regarding CDCR's response to Plaintiff's subpoena. (Declaration of Daniel H. Bookin ("Bookin Decl.") ¶ 2, filed concurrently herewith.) While there have previously been multiple time modifications in connection with the Motion, this requested enlargement will have no apparent effect on the schedule for this case. (*Id.* ¶ 3.)

Under Civil Local Rules 6-2 and 7-12, Plaintiff and CDCR submit this stipulation and proposed order.

**IT IS SO STIPULATED.**

Respectfully submitted

Dated: March 17, 2015     **O'MELVENY & MYERS LLP**

By:   /s/ Daniel H. Bookin
           Daniel H. Bookin

Daniel H. Bookin
Katherine L. Wawrzyniak
Ian A. Kanig
Sarah H. Trela
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

*Attorneys for Plaintiff*

Dated: March 17, 2015     **REILY & JEFFERY, INC.**

By:   /s/ Janine K. Jeffery
           Janine K. Jeffery

Janine K. Jeffery
**REILY & JEFFERY, INC.**
19839 Nordhoff Street
Northridge, CA 91324
Telephone:   (818) 350-6282
Facsimile:    (818) 350-6283

*Attorneys for CDCR*

## [PROPOSED] ORDER ENLARGING TIME TO FILE STIPULATION/PROPOSED ORDER RESOLVING PLAINTIFF'S MOTION

The Court, having considered the above Stipulation of Plaintiff and CDCR and good cause appearing therefor, hereby orders as follows:

Plaintiff and CDCR's deadline to file a stipulation or proposed order resolving Plaintiff's Motion is extended from March 20, 2015 to March 27, 2015.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____March 18, 2015_____

By: _/s/ Elizabeth D. Laporte_
Hon. Elizabeth D. Laporte
District Court Magistrate Judge