UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TERRAN FURNACE,<br>        Plaintiff,<br><br>    v.<br><br>K. NUCKLES, et al.,<br>        Defendants. | Case No.  09-cv-06075-MMC   (EDL)<br><br>**ORDER**<br>Re: Dkt. No. 271 |

On March 27, 2015, the parties filed a stipulation regarding Plaintiff's Motion to Compel that was heard on January 27, 2015. The parties state that they are unable to reach agreement on several issues raised in Plaintiff's Motion. Therefore, for the remaining disputes in paragraph 3 of the March 27, 2015 stipulation, the parties shall file a joint letter separately setting forth each dispute followed by each party's position on the dispute. The joint letter shall be no longer than eight pages and shall be filed no later than April 8, 2015.

**IT IS SO ORDERED.**

Dated: March 30, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge