UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

EDWARD TERRAN FURNACE,

Plaintiff,

v.

K. NUCKLES, et al.,

Defendants.

Case No.  09-cv-06075 MMC   (NJV)

**ORDER RE SETTLEMENT CONFERENCE**

The court has set a settlement conference in this case for July 28, 2015.  (Doc. 262.) Plaintiff, who is represented by counsel, shall be available telephonically during the settlement conference.  Plaintiff shall connect with the settlement conference by dialing 888-684-8852 and entering access code 1868782.  Plaintiff's counsel shall contact Plaintiff's institution and make arrangements for Plaintiff's telephonic connection with the settlement conference.

**IT IS SO ORDERED**.

Dated:  June 25, 2015

NANDOR J. VADAS
United States Magistrate Judge