DANIEL H. BOOKIN (S.B. #78996)
dbookin@omm.com
KATHERINE L. WAWRZYNIAK (S.B. #252751)
kwawrzyniak@omm.com
IAN A. KANIG (S.B. #295623)
ikanig@omm.com
SARAH H. TRELA (S.B. #293089)
strela@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

*Attorneys for Plaintiff*
*Edward T. Furnace*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD T. FURNACE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. NUCKLES, et al.,<br><br>　　　　　Defendants. | Case No. C 09-6075 MMC (EDL)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING MEDIATION**<br><br>Hon. Maxine M. Chesney<br><br><br>Initial Complaint Filed:  December 30, 2009<br>Operative Complaint Filed:  July 10, 2010<br><br>Trial Date: None |

WHEREAS, Plaintiff Edward T. Furnace ("Plaintiff") and Defendants K. Nuckles, J.J. Rodriguez, W. Rasley, D. Bittner, J. Celaya, J. Rodriguez, A. Butt, R. Lipps, M. Kircher, J. Sensel, M. Atchley, J. Mora, O. Ponce, and J. Delaney (collectively, "Defendants"), by and through counsel, have scheduled a mediation with the Hon. James Ware (Ret.) of JAMS for Wednesday, September 9, 2015 from 9:00 a.m. PDT to 5:00 p.m. PDT;

WHEREAS, Plaintiff is a life-without-parole inmate who is scheduled to be transferred from Kern Valley State Prison to the Special Housing Unit ("SHU") at Pelican Bay State Prison on September 1, 2015;

WHEREAS, due in part to the transfer and in part to Plaintiff's prison programming, Plaintiff's counsel, O'Melveny & Myers LLP ("O'Melveny") has been unable to arrange for a legal phone call with Plaintiff in advance of the mediation in order to discuss matters of strategy and Plaintiff's views on settlement;

WHEREAS, having Plaintiff available by telephone before and during the mediation on September 9, 2015 will allow him to provide his counsel with insights and information and weigh any settlement offers in real time, and such input would be valuable and increase the chances the parties will reach a resolution;

WHEREAS, Plaintiff has previously participated by telephone in settlement conferences with Mag. Judge Nandor Vadas in this case without incident;

WHEREAS, defense counsel have no objections to (1) a pre-mediation legal phone call, (2) Plaintiff's participation by telephone in the JAMS mediation with Judge Ware on September 9, 2015, and (3) Plaintiff receiving a vegetarian meal during the mediation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their respective undersigned counsel of record, that the parties jointly request that the Court enter the attached Proposed Order.

IT IS SO STIPULATED.

Dated: September 2, 2015

KATHERINE L. WAWRZYNIAK
O'MELVENY & MYERS LLP


By: /s/ Katherine L. Wawrzyniak
Katherine L. Wawrzyniak

Attorneys for Plaintiff
EDWARD T. FURNACE


Dated: September 2, 2015

DENISE SERRA
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP


By: /s/ Denise Serra
Denise Serra

Attorneys for Defendants W. Rasley, D. Bittner, J. Celaya, J. Rodriguez, A. Butt, R. Lipps, M. Kircher, J. Sensel, M. Atchley, J. Mora, O. Ponce, and J. Delaney


Dated: September 2, 2015

SUSAN E. COLEMAN
BURKE, WILLIAMS & SORENSEN, LLP


By: /s/ Susan E. Coleman
Susan E. Coleman

Attorneys for Defendants K. Nuckles and J.J. Rodriguez

- 2 -

JOINT STIP. & [PROPOSED] ORDER
RE MEDIATION
NO. C 09-6075 MMC

## **ATTESTATION OF FILING**

Pursuant to L.R. 5-1(i)(3), I, Katherine L. Wawrzyniak, hereby attest that concurrence in the filing of this Joint Stipulation and [Proposed] Order Regarding Mediation has been obtained from Defendants' counsel, Denise Serra and Susan E. Coleman.

Dated: September 2, 2015

KATHERINE L. WAWRZYNIAK
O'MELVENY & MYERS LLP


By:   /s/ Katherine L. Wawrzyniak
        Katherine L. Wawrzyniak

Attorneys for Plaintiff
EDWARD T. FURNACE

- 3 -

JOINT STIP. & [PROPOSED] ORDER
RE MEDIATION
NO. C 09-6075 MMC

1                                    [PROPOSED] ORDER

2          The Court, having considered the Joint Stipulation and [Proposed] Order Regarding

3   Mediation, and good cause appearing:

4          1.      The Stipulation is approved, in part, as follows:

5          2.      The Court orders that Pelican Bay State Prison, or the correctional institution that

6   presently has custody of Plaintiff Edward T. Furnace, arrange a pre-mediation legal telephone call

7   between O'Melveny and Plaintiff to occur no later than September 8, 2015 at a time mutually

8   convenient to Plaintiff, Plaintiff's counsel, and the correctional institution.  The correctional

9   institution shall allow at least one hour for the call.

10         3.      The Court further orders that Plaintiff shall be available by telephone from 9:00

11  a.m. to 5:00 p.m. on September 9, 2015, for the mediation.  Plaintiff shall connect with the JAMS

12  mediation session by dialing 1-866-285-2458 and entering the code 4159848947.  Plaintiff's

13  institution shall provide Plaintiff with a vegetarian meal during the mediation session.

14         4.      To the extent the parties seek an order directing the correctional institution
    to "provide Plaintiff with a vegetarian meal during the mediation session," the stipulation
15  is not approved, for the reason that the parties have made no showing that Plaintiff is on
16  the institution's list of individuals who are to receive vegetarian meals, or that the
17  institution should be required to provide such meals other than in accordance with its
18  ordinary procedures.

19         5.      Plaintiff shall serve this order forthwith upon the appropriate correctional
20  institution.

21
         **IT IS SO ORDERED.**
22

23  Dated: September  3  , 2015

24                                                  By: _____
25                                                       Hon. Maxine M. Chesney
                                                         United States District Judge
26

27

28
                                            - 4 -                    JOINT STIP. & [PROPOSED] ORDER
                                                                                      RE MEDIATION
                                                                                  NO. C 09-6075 MMC