<div style="vertical-text">**United States District Court**
For the Northern District of California</div>

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   EDWARD T. FURNACE,                           No. C-09-6075 MMC

11          Plaintiff,                            **ORDER STRIKING REQUEST FOR JUDICIAL NOTICE**

12     v.

13   K. NUCKLES, et al.,

14          Defendants.
                                          /
15

16        The Court is in receipt of a "Request for Judicial Notice in Support of the ("SAC"),"

17   filed October 19, 2015, which filing has been submitted by plaintiff Edward T. Furnace, who

18   asserts in the caption of said motion that he is proceeding "pro se."

19        Plaintiff is represented in the above-titled action by attorneys Daniel H. Bookin, Ian

20   Asher Kanig, and Sarah Hoffman Trela of O'Melveny and Myers.  (See, e.g., Stipulation

21   and Order, filed July 24, 2013.)  Counsel has not sought to withdraw, and, indeed, cannot

22   withdraw in the absence of a court order.  See Civil L.R. 5-1(c)(2)(D); Civil L.R. 11-5.

23   Consequently, as plaintiff is represented by counsel, he may not file documents pro se.

24        Accordingly, the "Request for Judicial Notice in Support of the ("SAC")" is hereby

25   STRICKEN.

26        **IT IS SO ORDERED.**

27   Dated: October 30, 2015

28                                              MAXINE M. CHESNEY
                                                United States District Judge