UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TERRAN FURNACE,<br><br>    Plaintiff,<br><br>v.<br><br>K. NUCKLES, et al.,<br><br>    Defendant. | Case No. 3:09-cv-06075-MMC<br><br>[~~PROPOSED~~] ORDER |

Upon the parties' Joint Stipulation, this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each side shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  <u>February 12       </u>, 2016

By: _____
Hon. Maxine M. Chesney
United States District Judge